UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             19-cr-217 (PKC)

       -against-                                     ORDER

Tiffany Bennett,

                          Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to defer in-court proceedings whenever possible. Accordingly, the sentencing proceeding for Tiffany Bennett is adjourned from December 8, 2020 is adjourned to January 12, 2021 at 12:00 p.m.

      SO ORDERED.

                                                         P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       November 17, 2020