UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
    v.                           :
                                 :
TIFFANY BENNETT                  :   **19 CR 217 (PKC)**
                                 :
            Defendant.           :
------------------------------X

WHEREAS, on June 30, 2022, the defendant was arraigned on the specifications of the violations of the conditions of her supervised release,

WHEREAS, the defendant consented to the modification of the conditions of her supervised release to add the condition that defendant must reside in a Residential Reentry Center until her next court appearance,

IT IS HEREBY ORDERED that the conditions of the defendant's supervised release be modified and the following special condition imposed: "You must reside in a Residential Re-Entry Center for a period up to 180 days, during which time you must follow the rules, regulations and directions of the Center. You must also comply with the rules and regulations of the Center relating to a subsistence payment to the facility based upon income earned."

IT IS FURTHER ORDERED that the defendant is to be released from BOP custody on July 7, 2022 and shall report to the Residential Re-Entry Center on or before 5:00 p.m. on July 7, 2022.

SO ORDERED.

Dated: New York, New York
       July 6, 2022

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE