UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     19 CR 217 (PKC)

          -against-                                                     ORDER

TIFFANY BENNETT,

                          Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The vosr hearing originally scheduled for October 11, 2022 is adjourned to October 27, 2022 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        September 30, 2022