UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            19-cr-217 (PKC)

      -against-                                          ORDER

TIFFANY BENNETT,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The VOSR hearing scheduled for October 27, 2022, is adjourned to November 10, 2022, at 3 p.m.

       SO ORDERED.

                                                      P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
           October 24, 2022