UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               19 CR 217 (PKC)

        -against-                                               <u>ORDER</u>

TIFFANY BENNETT,

                         Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The vosr hearing originally scheduled for May 10, 2023 is adjourned to May 12, 2023 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       April 20, 2023