UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                       19 CR 217 (PKC)

            -against-                                                               <u>ORDER</u>

TIFFANY BENNETT,

                          Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The vosr hearing scheduled for May 12, 2023 is being moved up to May 11, 2023 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       April 27, 2023