UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  19 CR 217 (PKC)

        -against-                                               ORDER

TIFFANY BENNETT,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The vosr conference scheduled for May 11, 2023 is adjourned to August 1, 2023 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                                                _____
                                                                    P. Kevin Castel
                                                               United States District Judge

Dated: New York, New York
          May 8, 2023