

July 27, 2023

**VIA ECF**
The Honorable P. Kevin Castel, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *United States v. Tiffany Bennett*, 1:19-cr-00217-PKC

Dear Judge Castel:

    Due to a scheduling conflict for defense counsel, including international travel, I write to request that the Violation of Supervised Release hearing currently scheduled for Tiffany Bennett on August 1, 2023 be adjourned for three weeks.  Probation and the Government have no objection to this request.  Thank you for your consideration.

                Sincerely,

                /s/ Kristen M. Santillo

                Kristen M. Santillo

The hearing scheduled for August 1, 2023, is adjourned.  The Court will set a new date for the hearing at a later date.
SO ORDERED.
Dated: 07/28/2023.

_____
P. Kevin Castel
United States District Judge

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371