

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 10, 2025

Conference is adjourned from December 11, 2025 to January 14, 2026 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
Dated: 12/10/2025

P. Kevin Castel
United States District Judge

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Tiffany Bennett*, **19 Cr. 217 (PKC)**

Dear Judge Castel:

On September 25, 2025, the U.S. Probation Department issued a report concerning the defendant's violations of the terms of her supervised release, including an incident that occurred in June 2025 that resulted in the defendant facing multiple misdemeanor charges. The parties convened before the Court on October 8, 2025, at which time the Court set an additional conference date of December 11, 2025.

Subsequent to the Court's last conference on this matter, the defendant has resolved the charges against her in the state proceeding and the parties in this proceeding have been working toward a resolution. Both parties, however, require additional time to ensure an efficient and just resolution to this case. Accordingly, the Government requests that the Court adjourn the December 11, 2025 status conference until the week of January 5, 2026 or subsequent.

Respectfully submitted,

By:_____
Leslie Arffa
Assistant United States Attorney
(212) 637-6522

cc:    Defense counsel (by Email and ECF)