UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  19 CR 217 (PKC)

       -against-                         ORDER

TIFFANY BENNETT,

                  Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The vosr conference scheduled for January 27, 2026 is adjourned to

February 4, 2026 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                        P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       January 26, 2026