

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 28, 2026

Conference is adjourned from February 4, 2026 to February 12, 2026 at 3:30 p.m. in Courtroom 11D. SO ORDERED.
Dated: 1/28/2026

P. Kevin Castel
United States District Judge

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Tiffany Bennett*, **19 Cr. 217 (PKC**)

Dear Judge Castel:

On January 26, 2026, this Court issued an order adjourning the status conference in this case scheduled for January 27, 2026 to February 4, 2026 at 3:00 p.m. Unfortunately, the Government has an unavoidable conflict on February 4, and therefore respectfully requests that the conference be adjourned to February 12, 2026 at 3:30 p.m. This is the Government's second request to adjourn this conference, and the defendant consents to this request.

Respectfully submitted,

By: _____
Leslie Arffa
Assistant United States Attorney
(212) 637-6522

cc:    Defense counsel (by Email and ECF)