UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

19 CR 217 (PKC)

-against-                                                    ORDER

TIFFANY BENNETT,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

The vosr conference scheduled for February 12, 2026 is adjourned to

February 19, 2026 at 11:00 a.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        February 4, 2026