UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          19 CR 217 (PKC)

          -against-                            ORDER

TIFFANY BENNETT,

                   Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The vosr conference scheduled for March 12, 2026 is adjourned to March 18, 2026 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      March 10, 2026